Tommie **JERNINGHAM, Jr.,**
Petitioner–Appellant,

v.

Carl **HUMPHREYS, Supt.,**
Respondent–Appellee.

No. 88–4038.

United States Court of Appeals,
Sixth Circuit.

Feb. 23, 1989.

Before WELLFORD and NORRIS, Circuit Judges, and EDWARDS, Senior Circuit Judge.

### ORDER

This court entered an order on January 3, 1989, directing the appellant to show cause why his appeal should not be dismissed for lack of jurisdiction because of a late notice of appeal. Appellant has failed to respond to that order.

It appears from the record that the final order was entered October 3, 1988. The notice of appeal filed on November 14, 1988, was 12 days late. Fed.R.App.P. 4(a) and 26(a).

The failure of an appellant to timely file a notice of appeal deprives an appellate court of jurisdiction. Compliance with Fed.R.App.P. 4(a) is a mandatory and jurisdictional prerequisite which this court can neither waive nor extend. *McMillan v. Barksdale*, 823 F.2d 981, 982 (6th Cir.1987); *Myers v. Ace Hardware, Inc.*, 777 F.2d 1099, 1102 (6th Cir.1985); *Denley v. Shearson/American Express, Inc.*, 733 F.2d 39, 41 (6th Cir.1984) (per curiam); *Peake v. First Nat'l Bank & Trust Co.*, 717 F.2d 1016, 1018 (6th Cir.1983). Fed.R.App.P. 26(b) specifically provides that this court cannot enlarge the time for filing a notice of appeal.

Accordingly, it is ORDERED that the appeal be and hereby is dismissed for lack of jurisdiction. Rule 9(b)(1), Rules of the Sixth Circuit.